## GLENN LANGFORD v. STATE OF FLORIDA

19 So. (2nd) 366                                    June Term, 1944
October 10, 1944                                          Division A

*J. R. Bullock,* and *E. B. Donnell,* for appellant.

*J. Tom Watson,* Attorney General, *John C. Wynn,* Assistant Attorney General, and *Bourke Floyd,* Special Assistant Attorney General, for appellee.

PER CURIAM:

Appellant was charged and convicted of second degree murder. This appeal questions the sufficiency of the charges, the admissibility of certain evidence and the weight of the evidence to sustain the verdict. We find these several contentions insufficient, hence the judgment is affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.